UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. CR-06-095-RHW-3 |
| Plaintiff, | ) | CR-06-095-RHW-4 |
| | ) | |
| v. | ) | ORDER ON PLEA AND |
| | ) | ORDER GRANTING MOTION TO |
| IRENE ZAVALA, | ) | MODIFY CONDITIONS OF RELEASE |
| CHAD HUFF, | ) | |
| | ) | |
| Defendants. | ) | |

At Defendants' October 5, 2006, arraignments, Assistant U.S. Attorney Ronald W. Skibbie appeared for the United States. Defendant Zavala was present with counsel C. Mark Casey; Defendant Huff was present with counsel Donald A. Kellman.

**IT IS ORDERED** that Defendants, on their pleas of not guilty, are bound over to the United States District Court for trial.

**IT IS FURTHER ORDERED**:

1. The United States' unopposed oral Motion to modify condition of release **(Ct. Rec. 51)** is **GRANTED.** Defendants shall submit to random urinalysis, or related testing, as directed by a United States Probation Officer, not to exceed six times per month.

2. All other to the conditions of release set forth in the court's Orders filed October 2, 2006, remain in effect.

DATED October 5, 2006.

                    S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE

ORDER ON PLEA AND ORDER GRANTING
MOTION TO MODIFY CONDITIONS OF RELEASE - 1