UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>IRENE ZAVALA,<br><br>      Defendant. | NO.  CR-06-095-RHW-3<br><br>**ORDER GRANTING GOVERNMENT'S MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE** |

Before the Court is the Government's Motion for Order of Dismissal With Prejudice (Ct. Rec. 126).  The motion was heard without oral argument and on an expedited basis.

The Government asks that the Indictment filed in the above-captioned case be dismissed with prejudice.  In making the motion pursuant to Fed. R. Crim. P 48(a), the Government relies on Defendant's lack of criminal history, unlikelihood of recidivism, her present parenting responsibilities and the plea agreement conditions of co-defendant Chad Huff (CR-06-0095-RHW-4), along with the fact that Defendant has remained in compliance with the requirements of her pre-trial release, has had no violations and is gainfully employed.

Accordingly, **IT IS HEREBY ORDERED:**

1.    The Government's Motion for Order of Dismissal With Prejudice (Ct. Rec. 126) is **GRANTED**.

2.    The Indictment filed in the above-captioned case is **dismissed with prejudice.**

**ORDER GRANTING GOVERNMENT'S MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE ~ 1**

3.    The Government's Motion to Expedite Hearing (Ct. Rec. 127) is **GRANTED**.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and to provide copies to counsel.

**DATED** the 11th day of January, 2008.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CRIMINAL\2006\06-95\Zavala, Irene\dismiss.wpd

**ORDER GRANTING GOVERNMENT'S MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE ~ 2**